| | | | | | | |
|---|---|---|---|---|---|---|
| DATE | September 8, 2022 | | CASE NUMBER | 1:20cr83(5) | | |
| LOCATION | BEAUMONT DIVISION | | USA | Chris Rapp, Rebecca Dunnan | Assigned | |
| JUDGE | THAD HEARTFIELD | | VS | | Appeared | |
| DEPUTY CLERK | Jill Veazey | | | | | |
| RPTR/ECRO | April Hargett | | | JESSE PAUL BLANKENSHIP | | |
| USPO | Clinton Derouen | | | Defendant | | |
| INTERPRETER | | | | Brian Roberts | | |
| BEGIN | 1:31 | | | Attorney | | |
| Adjourn | 2:53 | | | | | |

Total In-Court Time: **1 HR 22 MINS**

# SENTENCING

✓ Sentencing held ☐ Sentencing called
✓ Court adopts presentence report ☐ Court Accepts Plea Agreement
☐ Plea Agreement UNSEALED pursuant to Local Rule CR-49
☐ Court adopts presentence report w/exception of:

| CT | CUSTODY | FINE | PROB | REST | SUP/REL | SP/ASSESS |
|---|---|---|---|---|---|---|
| 1 | 240 Months | Waived | ---- | ---- | 3 Years | $100.00 |
| 2 | Life | | | | 5 Years | $100.00 |
| 3 Of SS Ind | 120 Months All to be served concurrently | | | | 3 Years | $100.00 T = $300.00 |

**SPECIAL CONDITIONS:**

✓ ...... Shall abide by **standard conditions** of release, to include committing no offenses; federal, state or local and shall not illegally possess a controlled substance.
✓ ...... Dft shall comply with the mandatory and special conditions as set forth in the Presentence Report.

✓ ...... Dft shall **report** in person to the probation office in the district to which the dft is released **within 72** hours of release from the custody of the Bureau of Prisons.


✓ ...... Dft remanded to the USM. ☐ Denial of ALL Federal benefits for a period of ____ years
☐ ...... Dft ordered to surrender _____ to ☐ USM ☐ designated institution.
☐ ...... Bond continued ☐ previous bond in this case $ ____ type ____ ☐ other case No.
✓ ...... Oral Motion - Govt - to Dismiss Original Indictment
✓ ...... Oral Order - Granted - Original Indictment is dismissed.
☐ ...... Dft failed to appear ☐ Order for arrest warrant ☐ bond forfeited.
✓ ...... **Dft advised of right to appeal and apply for court appointed counsel.**

☐ See reverse/attached for additional proceedings